39 So.2d 924

**Etta DAVIDSON, alias v. STATE.**

**6 Div. 798.**

Court of Appeals of Alabama.

Feb. 1, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of Appellant.

41 So.2d 917

**Foster DAVIS v. STATE.**

**6 Div. 838.**

Court of Appeals of Alabama.

April 26, 1949.

Chas. Tweedy, Jr., of Jasper, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed, motion of appellant.

41 So.2d 917

**James DAVIS v. STATE.**

**6 Div. 744.**

Court of Appeals of Alabama.

April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

41 So.2d 917

**Wilburn DAVIS v. STATE.**

**6 Div. 745.**

Court of Appeals of Alabama.

April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

39 So.2d 924

**Ernest DIXON v. STATE.**

**4 Div. 84.**

Court of Appeals of Alabama.

April 5, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

38 So.2d 199

**Floyd DOSTER v. STATE.**

**6 Div. 651.**

Court of Appeals of Alabama.

Dec. 14, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.